UNITED STATES *v.* FRED S. EHRLICH & CO.

No. 5259.—Invoice dated Hong Kong, China, November 18, 1939.
Entered at Los Angeles, Calif., December 18, 1939.
Entry No. 5314.

(Decided May 16, 1941)

*Charles D. Lawrence,* Acting Assistant Attorney General (*Richard F. Weeks* and *Richard H. Welsh,* special attorneys), for the plaintiff.
*Harper & Harper* (*Abraham Gottfried* of counsel) for the defendants.

TILSON, Judge: This appeal involves the proper dutiable value of certain ginger imported at the port of Los Angeles. On the basis of a *pro forma* invoice it was entered and appraised at .08½ cents per pound, as representing the export value. At the trial it was conceded that the proper market value of this ginger was $10.50 per 100 pounds, c. i. f. Los Angeles.

On the basis of this concession I find and hold the proper dutiable export value of the ginger to be $10.50 per 100 pounds, plus cases and packing of $8.32, less nondutiable charges of shipping expenses, 52 cents; Marine insurance of $9.72; War Risk insurance of $2.50; Stamp on bill of lading of 33 cents; Ocean freight of $20.54 and consular fee of $2.50. Judgment will be rendered accordingly.